UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| RICHARD BOOKER, | ) |  |
|---|---|---|
| Plaintiff, | ) | CAUSE NO. 1:13-CV-1261-DML-WTL |
| v. | ) |  |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |  |
| Defendant. | ) |  |

## **O R D E R**

Pursuant to sentence four of Section 405(g) of the Social Security Act, and in light of the parties' Joint Motion for Entry of Judgment with Remand, this Court hereby finds that the Commissioner's decision should be **REVERSED**, and this case **REMANDED** to the Commissioner, for further administrative proceedings.

The parties agree that, on remand, the Administrative Law Judge will be directed to: (1) update the treatment evidence of record; (2) expressly evaluate Dr. Riggs' treating medical source opinion and explain the reasons for the weight he gives to this opinion evidence; (3) further consider the claimant's maximum residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (4) further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; and (5) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

The Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Date: 04/01/2014

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF